**Minneapolis-Honeywell Regulator Company, defendant in error, v. S. Giannoni, plaintiff in error. Gen. No. 35,693.**

Heard in the third division of this court for the first district at the February term, 1932. Opinion filed November 16, 1932.

Edward Francis Herdlicka, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Hebel delivered the opinion of the court.

**Helen Redlin et al., appellees, v. Trustees System Reinco Company et al., appellants. Gen. No. 36,151.**

Heard in the third division of this court for the first district. Opinion filed November 16, 1932.

Walter Hamilton, for appellants. Frank X. Golniewicz, for appellees.

Mr. Justice Hebel delivered the opinion of the court.

**The People of the State of Illinois ex rel. Charles A. Wever, defendant in error, v. William D. Meyering, Sheriff of Cook county, Illinois, plaintiff in error. Gen. No. 35,845.**

Heard in the second division of this court for the first district at the April term, 1932. Opinion filed November 22, 1932.

William J. Flaherty, for plaintiff in error; Edward S. Cody, of counsel. No appearance for defendant in error.

Mr. Presiding Justice Kerner delivered the opinion of the court.

**Edwina M. Weckler, defendant in error, v. Martha K. Pearne, executrix of the estate of Frank D. Pearne, deceased, plaintiff in error. Gen. No. 35,988.**

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed November 22, 1932.

Edward H. Taylor, for plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice Kerner delivered the opinion of the court.